# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No.: 3:23-CR-113 |
| | : | |
| Plaintiff, | : | **JUDGE MICHAEL J. NEWMAN** |
| | : | |
| vs. | : | **JOINT MOTION FOR** |
| | : | **DEFENDANT TO ENTER PLEA** |
| **CAROL CLENDENIN,** | : | |
| | : | |
| Defendant. | : | |

The parties hereby respectfully move the Court to schedule a change of plea in this matter.

        KENNETH L. PARKER
        United States Attorney


*/s Kelly K. Rossi*
Kelly K. Rossi (NM 147107)
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Kelly.Rossi@usdoj.gov


*/s Nicholas Graman*
Nicholas Graman
Attorney for Carol Clendenin
Rittgers Rittgers Nakajima
12 East Warren Street
Lebanon, Ohio 45036
Phone: 513-982-1409
Email: nick@rittgers.com