UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CAROL CLENDENIN,

    Defendant.

Case No. 3:23-cr-113

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 11); AND (2) GRANTING THE JOINT MOTION FOR A CHANGE OF PLEA HEARING (Doc. No. 4)**

---

This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Carol Clendenin's guilty plea. Doc. No. 11. There being no objections, the Court **ADOPTS** the report and recommendation in full. The Court accepts Defendant's plea of guilty to count 1 of the superseding indictment currently pending against her and finds her guilty as charged of conspiracy to commit money laundering in violation of Title 18 U.S.C. § 1956(h). *See* Doc. No. 11. The Court also **GRANTS** the parties' joint motion for a change of plea hearing (Doc. No. 4). The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

  February 27, 2024                               s/Michael J. Newman
                                                                 Hon. Michael J. Newman
                                                                 United States District