UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

CAROL CLENDENIN,

     Defendant.

Case No. 3:23-cr-113

District Judge Michael J. Newman

---

## ORDER

---

Counsel for the parties are hereby **ORDERED** to **MEET AND CONFER** and thereafter

**FILE**, **by April 17, 2026**, a status report containing three proposed dates for a sentencing hearing.

     **IT IS SO ORDERED.**

April 10, 2026                          s/*Michael J. Newman*
                                           Hon. Michael J. Newman
                                           United States District Judge