UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 3:23-cr-113

vs.

CAROL CLENDENIN,

District Judge Michael J. Newman

Defendant.

---

**ORDER REQUIRING DEFENDANT TO PRODUCE TAX AND MEDICAL RECORDS BY SEPTEMBER 2, 2026**

---

This criminal case is before the Court following a hearing on August 18, 2026, during which U.S. Probation Officer Laura Hiegel advised the Court that Defendant has failed to produce certain tax documents and medical records as required. Defendant, through counsel, agreed to produce such documents.

Accordingly, the Court hereby **REQUIRES** Defendant to produce the tax documents and medical records by **September 2, 2026**. If necessary, Probation shall issue an amended presentence investigation report, in light of the newly produced documents.

**IT IS SO ORDERED.**

August 19, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge